# EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 06 2023 10:38 AM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY
## CASE COVER SHEET / CIVIL CASE

Case Title: MARC W. SHETTLESWORTH VS. UMPQUA BANK
Atty/Litigant: Douglas Harry Sanders
Address: 17410 133rd Ave NE Ste 301
City: Woodinville    State: WA

Case Number: 23-2-09514-1
Bar#: 60610    Phone: (516) 413-4100
Zip Code: 98072
Email Address: ____

Please check one category that best describes this case for indexing purposes.
*If you cannot determine the appropriate category, Please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3.*

**APPEAL / REVIEW**
___ Administrative Law Review (ALR 2) REV 6
___ Civil, Non-Traffic (LCA 2) REV 6
___ Civil, Traffic (LCI 2) REV 6
___ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
___ Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) STANDARD
___ Third Party Collection (COL 2) REV 4

**JUDGEMENT**
___ Judgement, Another County or Abstract Only (ABJ 2) Non PCLR
___ Transcript of Judgement (TRJ 2) Non PCLR
___ Foreign Judgement Civil or Judgement, Another State (FJU 2) Non PCLR

**TORT / MOTOR VEHICLE**
___ Death, Non-Death Injuries or Property Damage Only (TMV 2) STANDARD

**TORT / NON MOTOR VEHICLE**
___ Other Malpractice (MAL 2) COMPLEX
___ Personal Injury (PIN 2) STANDARD
___ Property Damage (PRP 2) STANDARD
___ Wrongful Death (WDE 2) STANDARD
___ Other Tort, Products Liability or Asbestos (TTO 2) COMPLEX

**PROPERTY RIGHTS**
___ Condemnation (CON 2) STANDARD
___ Foreclosure (FOR 2) REV 4
___ Property Fairness (PFA 2) STANDARD
___ Quiet Title (QTI 2) STANDARD
___ Unlawful Detainer / Eviction (UND 2) REV 4
___ Unlawful Detainer / Contested (UND 2) REV 4

**OTHER COMPLAINT OR PETITION**
✔ Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure, Miscellaneous (MSC 2) REV 4
___ Injunction (INJ 2) REV 4
___ Malicious Harassment (MHA 2) Non PCLR
___ Meretricious Relationship (MER 2) REV 4
___ Minor Settlement/No Guardianship (MST2) REV 4
___ Pet for Civil Commit/Sex Predator (PCC2) REV 4
___ Property Damage Gangs (PRG 2) REV 4
___ Relief from Duty to Register (RDR) REV 12
___ Restoration of Firearm Rights (RFR 2) REV 4
___ Seizure of Property/Comm. of Crime (SPC2) REV 4
___ Seizure of Property Result from Crime (SPR2) REV 4
___ Trust/Estate Dispute Resolution (TDR2) REV 12
___ Restoration of Opportunity (CRP) REV 4

**TORT / MEDICAL MALPRACTICE**
___ Hospital, Medical Doctor, or Other Health Care Professional (MED2) COMPLEX

**WRIT**
___ Habeas Corpus (WHC 2) REV 4
___ Mandamus (WRM 2) REV 4
___ Review (WRV 2) REV 4
___ Miscellaneous Writ (WMW 2) REV 4

**MISCELLANEOUS** CLASS ACTION COMPLAINT

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 06 2023 10:38 AM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

| | |
|---|---|
| MARC W. SHETTLESWORTH<br>Plaintiff(s)<br><br>vs.<br><br>UMPQUA BANK<br>Defendant(s) | NO. 23-2-09514-1<br><br>**ORDER ASSIGNING CASE TO JUDICIAL DEPARTMENT AND SETTING REVIEW HEARING DATE(PCLR3/PCLR40)**<br><br>Judge: **Philip K. Sorensen**<br>Department: **19**<br>Docket Code: **ORACD** |

**Notice to Plaintiff/Petitioner(s):**
* Case filed, then served: Plaintiff(s)/Petitioner(s) shall serve a copy of this Order Assigning Case to Judicial Department on the Defendant(s)/Respondent(s) along with a copy of the Summons and Complaint.
* Case served, then filed: Plaintiff(s)/Petitioner(s) shall serve a copy of this Order Assigning Case to Judicial Department within five (5)
   court days of filing.
* Service by publication pursuant to court order: Plaintiff(s)/Petitioner(s) shall serve a copy of this Order Assigning Case to Judicial
   Department within five (5) court days of the Defendant(s)/Respondent(s) first response or appearance.

**Trial Date:**
A trial date may be obtained by filing a 'Note of Issue' for assignment of a trial date at least seven (7) court days prior to the date fixed for the mandatory hearing date set out below.

> If a trial date is NOT obtained, failure to appear on the date below may result in dismissal of the case by the Court. Further, if the case has been fully resolved and all final papers have been entered by the Court, no appearance is required.
>
> **Mandatory Hearing Date: January 05, 2024 at 9:00 AM**
>
> At the time of this mandatory hearing, the Court may provide you with a Case Schedule which may include the trial date, if necessary. Failure to appear on this date may result in dismissal of the case by the Court.

**Cases Agreed or by Default:**
If you settle your case by entry of an order of default or agreement and all of the appropriate time requirements have been met, you may file a 'Note for Commissioner's Calendar to appear before a Court Commissioner for entry of all final papers unless presentation is allowed in the Commissioner's Ex Parte Department.

A FREE LINX account is required in order to access electronic services (including e-filing, e-service, order submissions, etc). You can setup your free LINX account here: **https://www.piercecountywa.gov/374/E-Filing**

| | |
|---|---|
| September 6, 2023<br>Date | Philip K. Sorensen<br>Department 19 |

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 06 2023 10:38 AM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
FOR THE COUNTY OF PIERCE

| | |
|---|---|
| MARC W. SHETTLESWORTH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>    v.<br><br>UMPQUA BANK,<br><br>  Defendants. | No.<br><br>SUMMONS |

TO SAID DEFENDANTS:  A lawsuit has been started against you in the above entitled court by Marc W. Shettlesworth, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she or he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered. You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand

SUMMONS

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
1311 Ponce de Leon Ave.
San Juan, PR 00907
516-741-5600

must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated: September 6, 2023

                                          MILBERG COLEMAN BRYSON
                                          PHILLIPS GROSSMAN, PLLC

                                          /s/ Douglas H. Sanders
                                          Douglas H. Sanders, WSBA# 60610
                                          Attorney for Plaintiff

SUMMONS

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
1311 Ponce de Leon Ave.
San Juan, PR 00907
516-741-5600

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 10 2023 3:21 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

| | |
|---|---|
| MARC W SHETTLESWORTH<br><br>Plaintiff(s),<br><br>vs.<br><br>UMPQUA BANK<br><br>Defendant(s) | No. 23-2-09514-1<br><br>NOTE FOR MOTION DOCKET |

**TO THE CLERK OF THE SUPERIOR COURT AND TO OPPOSING PARTY:**

Name: Douglas Harry Sanders
Address: MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC 1311 PONCE DE LEON AVE. SAN JUAN, PR 00907

Phone: (516) 741-5600
Attorney for Plaintiff/Petitioner

Name: UMPQUA BANK
Address: C/O JESSICA M. ANDRADE, POLSINELLI PC 1000 2ND AVE., STE. 3500 SEATTLE, WA 98104

Phone: (206) 393-5422
Defendant

Please take notice that the undersigned will bring on for hearing a motion for:

> **Pierce County Superior Court, County-City Building - 930 Tacoma Ave S - Tacoma, WA 98402**
> **Motion - Motion**
> **Nature of Hearing:** Other   STIPULATED MOTION TO EXTEND ANSWER DEADLINE
> **Calendar:** Philip K. Sorensen
> **CALENDAR DATE:** Friday, October 20, 2023   9:00 AM

**WORKING COPIES SHALL BE DELIVERED TO THE COURT PURSUANT TO PCLR 7 (a) (7)**

**PARTY SETTING HEARING SHALL CONFIRM BY NOON THREE COURT DAYS PRIOR TO HEARING**

Submitted by:

**DATED:** October 10, 2023.
**NAME:** Jessica Marie Andrade
**ADDRESS:** 1000 2nd Ave Ste 3500
SEATTLE, WA 98104-1086

**Signed:** /s/ Jessica Marie Andrade
**Phone:** (206) 393-5422
**WSBA#:** 39297
**For:**

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 10 2023 3:21 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

The Honorable Philip K. Sorensen
Dept. 10

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# FOR PIERCE COUNTY

MARC W. SHETTLESWORTH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UMPQUA BANK,

    Defendant.

Case No. 23-2-09514-1

**STIPULATED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Marc W. Shettlesworth ("Plaintiff") and Defendant Umpqua Bank ("Defendant"), through counsel of record, that the date by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint should be extended to and include November 10, 2023. This Stipulation shall not in any way affect the parties' reservation of rights and remedies, subject only to the extension of time provided herein.

/ /

/ /

/ /

STIPULATED MOTION TO EXTEND TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 1
(Case No. 23-2-09514-1)

**POLSINELLI**
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

91626617.1

DATED this 10th day of October, 2023.

POLSINELLI PC

By: /s/ Jessica M. Andrade
Jessica M. Andrade, WSBA #39297
1000 Second Ave., Suite 3500
Seattle, Washington 98104
Telephone: (206) 393-5400
Facsimile: (206) 393-5401
Email: jessica.andrade@polsinelli.com

*Attorneys for Defendant Umpqua Bank*

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

By: /s/ Douglas H. Sanders
Douglas H. Sanders, WSBA #60610
1311 Ponce de Leon Avenue
San Juan, Puerto Rico 00907
Telephone: (516) 741-5600
Email: dsanders@milberg.com

*Attorneys for Plaintiff Marc W. Shettlesworth and Putative Class Members*

STIPULATED MOTION TO EXTEND TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 2
(Case No. 23-2-09514-1)



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

91626617.1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I electronically filed the foregoing **Stipulated Motion to Extend Time to Answer Plaintiff's Complaint** with the Clerk of the Court using the LINX system, and served the Motion on parties of record, as follows, via electronic mail:

>Douglas H. Sanders, WSBA #60610
>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
>1311 Ponce de Leon Avenue
>San Juan, Puerto Rico 00907
>Telephone: (516) 741-5600
>Email: dsanders@milberg.com
>
>Gary M. Klinger
>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
>227 W. Monroe Street, Suite 2100
>Chicago, Illinois 60606
>Telephone: (866) 252-0878
>Email: gklinger@milberg.com
>
>Bryan L. Bleichner
>Philip Krzeski
>*Pro hac vice* applications forthcoming
>CHESTNUT CAMBRONNE PA
>100 Washington Avenue South, Suite 1700
>Minneapolis, MN 55401
>Telephone: (612) 339-7300
>Facsimile: (612) 336-2940
>Email: bbleichner@chestnutcambronne.com
>          pkrzeski@chestnutcambronne.com
>
>*Attorneys for Plaintiff Marc W. Shettlesworth and Putative Class Members*

DATED this 10th day of October, 2023, at Seattle, Washington.

>/s/ Jessica M. Andrade
>Jessica M. Andrade, WSBA #39297
>POLSINELLI PC
>jessica.andrade@polsinelli.com

STIPULATED MOTION TO EXTEND TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 3
(Case No. 23-2-09514-1)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

91626617.1

The Honorable Philip K. Sorensen
Dept. 19

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# FOR PIERCE COUNTY

MARC W. SHETTLESWORTH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UMPQUA BANK,

    Defendant.

Case No. 23-2-09514-1

**ORDER EXTENDING TIME TO ANSWER PLAINTIFF'S COMPLAINT**

**[PROPOSED]**

Upon the parties' Stipulated Motion to Extend Time to Answer Plaintiff's Complaint, and for good cause shown, the Court grants the Motion. The deadline for Defendant Umpqua Bank to respond to Plaintiff's Complaint is November 10, 2023.

IT IS SO ORDERED.

DATED:_____

_____
The Honorable Philip K. Sorensen
Department 19

[PROP.] ORDER EXTENDING TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 1
(Case No. 23-2-09514-1)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

1 | Presented by:

2 | POLSINELLI PC

3 | /s/ Jessica M. Andrade
Jessica M. Andrade, WSBA #39297
4 | 1000 2nd Avenue, Suite 3500
Seattle, WA 98104
5 | Telephone: (206) 393-5400
Facsimile: (206) 393-5401
6 | Email: jessica.andrade@polsinelli.com

7 | *Attorneys for Defendant Umpqua Bank*

8 |
MILBERG COLEMAN BRYSON PHILLIPS
9 | GROSSMAN, PLLC

10 | By: /s/ Douglas H. Sanders
Douglas H. Sanders, WSBA #60610
11 | 1311 Ponce de Leon Avenue
San Juan, Puerto Rico 00907
12 | Telephone: (516) 741-5600
Email: dsanders@milberg.com
13 |
*Attorneys for Plaintiff Marc W. Shettlesworth*
14 | *and Putative Class Members*

[PROP.] ORDER EXTENDING TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 2
(Case No. 23-2-09514-1)


1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I electronically filed the foregoing **[Proposed] Order Extending Time to Answer Plaintiff's Complaint** with the Clerk of the Court using the LINX system, and served the Proposed Order on parties of record, as follows, via electronic mail:

> Douglas H. Sanders, WSBA #60610
> MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
> 1311 Ponce de Leon Avenue
> San Juan, Puerto Rico 00907
> Telephone: (516) 741-5600
> Email: dsanders@milberg.com
>
> Gary M. Klinger
> MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
> 227 W. Monroe Street, Suite 2100
> Chicago, Illinois 60606
> Telephone: (866) 252-0878
> Email: gklinger@milberg.com
>
> Bryan L. Bleichner
> Philip Krzeski
> *Pro hac vice* applications forthcoming
> CHESTNUT CAMBRONNE PA
> 100 Washington Avenue South, Suite 1700
> Minneapolis, MN 55401
> Telephone: (612) 339-7300
> Facsimile: (612) 336-2940
> Email: bbleichner@chestnutcambronne.com
>      pkrzeski@chestnutcambronne.com
>
> *Attorneys for Plaintiff Marc W. Shettlesworth and Putative Class Members*

DATED this 10th day of October, 2023, at Seattle, Washington.

> */s/ Jessica M. Andrade*
> Jessica M. Andrade, WSBA #39297
> POLSINELLI PC
> jessica.andrade@polsinelli.com

[PROP.] ORDER EXTENDING TIME TO ANSWER PLAINTIFF'S COMPLAINT - 3
(Case No. 23-2-09514-1)



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 10 2023 4:26 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR PIERCE COUNTY

| | |
|---|---|
| MARC W SHETTLESWORTH<br><br>Plaintiff(s),<br><br>vs.<br><br>UMPQUA BANK<br><br>Defendant(s) | NO. 23-2-09514-1<br><br>NOTICE OF APPEARANCE |

TO: Clerk of the Court
AND TO: Douglas Harry Sanders, attorney for Plaintiff, MARC W SHETTLESWORTH

    PLEASE TAKE NOTICE that Jessica Marie Andrade, appears herein on behalf of the Defendant(s) UMPQUA BANK and requests that all further pleadings and paper, except original process, be served upon said attorney at the address listed below.

DATED: October 10, 2023

/s/ Jessica Marie Andrade
Jessica Marie Andrade, #39297
Attorney for Defendant(s)

POLSINELLI PC
1000 2nd Ave Ste 3500
SEATTLE, WA 98104-1086
(206) 393-5422

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 17 2023 8:30 AM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

## SUPERIOR COURT FOR PIERCE COUNTY, WASHINGTON

Marc W. Shettlesworth, individually and on behalf of all others similarly situated

**Plaintiff**

Case No.: 23-2-09514-1

*vs.*

Umpqua Bank

**Defendant**

### AFFIDAVIT OF SERVICE

I, Ken Roswold, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, and Order Assigning Case to Judicial Department and Setting Review Hearing Date (PCLR3/PCLR40) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/21/2023 at 9:36 AM, I served Umpqua Bank c/o Clint Stein, Chief Executive Officer at 1301 A Street, Suite 800, Tacoma, Washington 98402 with the Summons, Class Action Complaint, and Order Assigning Case to Judicial Department and Setting Review Hearing Date (PCLR3/PCLR40) by serving Karina Busch, Executive Director, authorized to accept service.

Karina Busch is described herein as:

Gender: Female   Race/Skin: White   Age: 40   Weight: 150   Height: 5'10"   Hair: Blonde   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Sworn to before me on 10/9/23

Notary Public NATHAN H SPILDE
My Commission Expires: 3/28/26

Ken Roswold

Client Ref Number: 23090967357
Job #: 1623903

Capitol Process Services, Inc. 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 06 2023 10:38 AM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09514-1

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
FOR THE COUNTY OF PIERCE

| | |
|---|---|
| MARC W. SHETTLESWORTH, individually and on behalf of all others similarly situated, ) ) ) | No. |
| Plaintiff, ) ) | |
| v. ) ) | SUMMONS |
| UMPQUA BANK, ) ) | |
| Defendants. ) ) | |

TO SAID DEFENDANTS: A lawsuit has been started against you in the above entitled court by Marc W. Shettlesworth, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she or he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered. You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand

SUMMONS

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
1311 Ponce de Leon Ave.
San Juan, PR 00907
516-741-5600

must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated: September 6, 2023

                MILBERG COLEMAN BRYSON
                PHILLIPS GROSSMAN, PLLC

                /s/ Douglas H. Sanders
                Douglas H. Sanders, WSBA# 60610
                Attorney for Plaintiff

SUMMONS

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
1311 Ponce de Leon Ave.
San Juan, PR 00907
516-741-5600